SUPERIOR COURT

OF THE

DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 20, 2023

| | |
|---|---|
| THE UNITED STATES OF AMERICA | Criminal No: 2023 CF2 000160 |
| v. | |
| LUCKY SHORT<br>PDID: 759-962 | Violations:<br>22 D.C. Code, Section 4504(a)(1);<br>7 D.C. Code, Section 2502.01(a);<br>7 D.C. Code, Section 2506.01(a)(3) (2001 ed.) |
| | (Carrying a Pistol Without a License (Outside Home or Place of Business); Possession Of Unregistered Firearm; Unlawful Possession Of Ammunition) |

The Grand Jury charges:

FIRST COUNT:

On or about January 9, 2023, within the District of Columbia, Lucky Short did carry, openly and concealed on or about his person, in a place other than his dwelling place, place of business or on other land possessed by him, a pistol, without a license issued pursuant to law. (Carrying a Pistol Without a License (Outside Home or Place of Business), in violation of 22 D.C. Code, Section 4504(a)(1) (2001 ed.))

SECOND COUNT:

On or about January 9, 2023, within the District of Columbia, Lucky Short did possess a certain firearm, without being the holder of a valid registration certificate. (Possession Of Unregistered Firearm, in violation of 7 D.C. Code, Section 2502.01(a) (2001 ed.))

THIRD COUNT:

On or about January 9, 2023, within the District of Columbia, Lucky Short did possess ammunition without being the holder of a valid registration certificate for a firearm. (Unlawful Possession Of Ammunition, in violation of 7 D.C. Code, Section 2506.01(a)(3) (2001 ed.))

Matthew M. Graves/cdw

MATTHEW M. GRAVES
United States Attorney
in and for the District of Columbia

A TRUE BILL:

Foreperson