**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE: TRENTON** — **September 2, 2026**
**MAGISTRATE JUDGE: BONGIOVANNI** — **DATE OF PROCEEDINGS**
**Digitally Recorded: John Moller**

**TITLE OF CASE**: **26-MJ-3040 (TJB)**
Superior Court of the District of Columbia 2023-CF2-160

UNITED STATES OF AMERICA
V.
LUCKY SHORT
DEFENDANT PRESENT

**APPEARANCES:**

Jonathan Garelick, AUSA for Government
Meagan McGurl, AFPD for Defendant
Lura Jenkins, Pretrial Services Officer

**NATURE OF PROCEEDING:** Rule 5 Initial Appearance

Financial affidavit submitted.
Ordered application granted.
Ordered Meagan McGurl, AFPD appointed as counsel.
Rule 5 Initial appearance held.
Waiver of Rule 5 & 5.1. hearing executed.
Defendant advised of rights.
Ordered defendant remanded to the custody of the US Marshals.
Bail Review Hearing to be set to a later date.
Detention Order to be entered.

TIME COMMENCED: 2:16 p.m.
TIME ADJOURNED: 2:24 p.m.
TOTAL TIME: 8 MINUTES

s/ John Moller
Deputy Clerk